UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  
    William J. Rimmer  
    Patricia A. Rimmer  
                Debtor(s)

Case No.: 1–02–17504–MJK  
Chapter: 7

SSN: xxx–xx–9648  
SSN: xxx–xx–4869

Brian J. Dilks, Managing Member  
Dilks & Knopik, LLC  
35308 SE Center Street  
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

- AO 213–NYW Form or Vendors Information/TIN Form is is completed incorrectly. The vendors address will be the address District Court uses to disburse unclaimed funds.
- Please submit documentation to substantiate name change from the original creditor, Charter One Auto Finance to RBS Citizens, National Association. The Corporate Seal is missing from the Limited Power of Attorney.

    If you have any further questions, please call the Court at 716–362–3200.

Date: January 17, 2013                    Lisa Bertino Beaser  
                                                          Clerk of Court

Enclosures

Form dfyuncla/Doc 47  
www.nywb.uscourts.gov